**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JAMES H. DONELL, Federal Court Receiver,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CLINTON WU, an individual, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.  CV 04-8388-ER (SHx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320, and for good cause appearing, therefore:

The judgment to and against Defendant CLINTON WU entered on February 25, 2005 (copy attached) is hereby renewed in the amounts set forth below:

Renewal of Money Judgment:

　　a.　Total judgment　　　　　　　$ 32,244.39
　　b.　Costs after judgment　　　　　　0.00
　　c.　Attorney's fees　　　　　　　　0.00
　　d.　Subtotal　　　　　　　　　$ 32,244.39
　　e.　Credits after judgment　　　　　0.00

- 1 -

**RENEWAL OF JUDGMENT**

|   |   |   |   |
|---|---|---|---|
| f. | Subtotal | | $ 32,244.39 |
| g. | Interest after judgment | | 9,826.46 |
| h. | Fee for filing renewal | | 0.00 |
| i. | Total renewed judgment | | $ 42,070.85 |

DATED: 2/25/2015

                                       s/ J. Remigio
                                       Deputy Clerk

**RENEWAL OF JUDGMENT**